appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

GOTTFRIED C. KRUEGER v. A. W. MORRIS, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

GOTTFRIED C. KRUEGER v. A. W. MORRIS, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

NATHAN LAZERUS and Another v. PAUL L. JAMES and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

LILA B. RISHEL v. WARREN K. RISHEL.— Motion to dismiss appeal from order of December 10, 1923, granted. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

SUSAN R. BRODHEAD v. PATTERSON OIL COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

DAVID BELASCO, an Infant, etc., v. MAX J. KLEIN and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

EMIL HALLA v. ANNA FIELD, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

HONGKONG & SHANGHAI BANKING CORPORATION v. THE LAZARD-GODCHAUX COMPANY OF AMERICA, INC.— Motion to dismiss appeal denied. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

MOSES RUBENSTEIN v. SAMUEL H. HERMAN, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

WILSON D. BUSH v. NEW YORK HERALD COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

WILSON D. BUSH v. THE SUN-HERALD CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

RUSSIAN SOCIETY "NAUKA" INC., v. SUN-HERALD CORPN., INC., and Others. — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

FEODOR PETROFF v. SUN-HERALD CORPN., INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

EXCHANGE OPERATORS, INC., v. WILLIAM H. ROACH.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

EXCHANGE OPERATORS, INC., v. WILLIAM H. ROACH.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

ROBERT HERBST v. EMIL HUBER and Another.— Motion to dismiss appeal

granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

ROBERT HERBST v. EMIL HUBER and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

HENRY HIRSCHFIELD v. 27TH & 28TH STREET GARAGE Co., INC., and Another, Appellants. ALLEN D. TAUB, Receiver, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LENA M. ZIPFEL v. CHARLES L. CRAIG, as Comptroller of the City of New York.— Motion to dismiss appeal denied. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

LEO CARP, an Infant, etc., v. NATIONAL BISCUIT COMPANY.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

ALBERT LOUIS REID v. WORLD MUTUAL AUTOMOBILE CASUALTY COMPANY.— Application granted. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

ISIDORE ABRAMSON v. UNITED STATES LLOYDS, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

SAM GOODMAN v. THE STATE BANK.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

FRANCISCO BERROCAL v. PANAMA RAILROAD COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

GEORGE S. MORRIS v. ROBERT J. COVERDALE.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

DAVID SOLOMON v. NATIONAL SURETY COMPANY OF NEW YORK.— Application granted. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

JOHN M. PECK v. IRVING J. GOLDSTEIN Co., INC.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

SOLON DE LEON v. THE CONSOLIDATED LEASING CORPORATION and Others.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

JENNIE CAHILL v. INECTO, INC.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

MICHAEL ROGALSKY and Another v. HERMAN F. SIMONS.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

LONDON PRODUCE Co., INC., v. POELS & BREWSTER, INC.— Motion denied, with ten dollars costs, as unnecessary. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

NEWTON M. HUDSON, as Receiver, etc., v. THE FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY.— Motion